E. MARSHALL HODGKINS #76796
1186 W. Shaw Avenue #103
Fresno, California 93711
Telephone: (559) 248-0900
Facsimile: (559) 248-0901

Attorney for Defendant, HOMERO BORJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:12-cr-00162-AWI-DLB |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **CURRENTLY SET STATUS** |
| vs. ) | **CONFERENCE ON JULY 9, 2012.** |
| ) | |
| BORJA, HOMERO, ) | Judge: Magistrate Dennis Beck |
| ) | |
| Defendant ) | |
| ) | |
| ) | |
| ) | |
| ) | |

The defense has just recently received both the discovery and a plea bargain agreement on the above-entitled case.

Although the defense has been able to see the defendant, Homero Borja, who is in custody at the Fresno County Jail, negotiations and discussions with the U.S. Attorney's Office and further discussions with the defendant Homero Borja are necessary in order to conclude this matter by way of plea bargain.

For the above reason it is agreed among the parties that the Status Conference currently set for July 9, 2012 at 1:00 p.m. in Magistrate Beck's Court be moved to August 13, 2012 at 1:00 p.m.

The parties further agree and stipulate that the time period from the filing of this stipulation to August 13, 2012 is excludable under 18 U.S.C. § 3161(h)(7)(B) (iv) and that the interest of justice served by granting this stipulation outweigh the best interests of the public and the defendant on a speedy trial pursuant to 18 U.S.C. § 3161 (h)(7)(A).

So Stipulated and Agreed.

/s/ E. Marshall Hodgkins

**DATED: 7/6/12**                    _____
                                     **E. MARSHALL HODGKINS**
                                     **ATTORNEY FOR DEFENDANT**
                                     **HOMERO BORJA**


/s/ Kimberly Sanchez

**DATED: 7/6/12**                    _____
                                     **KIMBERLY  SANCHEZ,**
                                     **ASSISTANT U.S. ATTORNEY**
                                     **COUNSEL FOR PLAINTIFF**


**ORDER**

IT IS SO ORDERED.

**Dated:    July 6, 2012**          _____**/s/ Sheila K. Oberto**_____
                                     UNITED STATES MAGISTRATE JUDGE