```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  CASE NO. 1:12-CR-00162 AWI-DLB
                                  )
12                  Plaintiff,    )  STIPULATION AND
                                  )  ORDER FOR CHANGE OF PLEA
13  v.                            )  SETTING
                                  )
14  HOMERO BORJA,                 )
                                  )
15                  Defendant.    )
                                  )
16  _____)
```

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and E. Marshall Hodkins, attorney for the defendant, that the status conference set for September 24, 2012 at 1:00 pm before the Honorable Dennis L. Beck be vacated and that a change of plea hearing be scheduled for September 24, 2012 at 10:00 a.m. before the

///
///
///
///
///
///

1

Honorable Anthony W. Ishii.

Dated: September 12, 2012          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By   /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant U.S. Attorney

Dated: September 12, 2012          /s/ E. Marshall Hodgkins
                                   E. MARSHALL HODGKINS
                                   Attorney for Homero Borja


IT IS SO ORDERED.

Dated:    September 12, 2012
                                   CHIEF UNITED STATES DISTRICT JUDGE